[The State on the relation of the Universal Church *v*. the Trustees of Sec. 29, T. 5.]

## JOHN DUNLAP *v*. ELIZA DUNLAP.

*Divorce—drunkenness of a woman—degrading conduct.*

DIVORCE—cause adultery with Solomon Lynch and Alexander Angler.

The parties were married in Cincinnati in 1830, and lived pleasantly together about a year, when she took to drink.

*C. A. Friend*, testified, that after she *took to drink*, there was discord among them—she would drive him out of doors with a chair, striking him anywhere she could hit him. He was compelled to leave—went to Louisville, for work. The same day she got drunk and quarrelled with a neighbor, broke the windows, &c. and was committed to jail. The landlord secured the little furniture till Dunlap came back, when he sold it and paid the damage. Mrs. Dunlap was let out of jail, but committed some other outrage immediately and was recommitted and fined. The constable called on Dunlap for the fine and he refused to pay it. She is now continually drunk and exceedingly degraded.

*Mr. Black* said that in July or August last, he was sitting on his work bench near her house, the door was open, and saw her on the bed with Solomon Lynch, in broad daylight, in the very act of adultery.

Divorce decreed.